DAVID HOWELL
                Plaintiff(s)
   v.                                    **Judgment in a Civil Case**
OFFICER C.L. BOOYER; CUMBERLAND
COUNTY SHERIFF'S DEPARTMENT
                Defendant(s)           Case Number: 5:09-CT-3043-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendants' motion to dismiss and motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss is granted and this action is hereby dismissed.

This Judgment Filed and Entered on August 16, 2010, with service on:
David Howell, 1458 S. Canal Street, Chicago, IL 60607 (via U.S. Mail)
Ronnie M. Mitchell (via CM/ECF Notice of Electronic Filing)

August 16, 2010                                 /s/ Dennis P. Iavarone
                                                            Clerk

Raleigh, North Carolina